IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-502-GCM

| | |
|---|---|
| PILGRIM'S PRIDE CORPORATION, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| JOHNSON CONTROLS, INC., ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Timothy Jon Mattson,** filed September 22, 2014 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Mattson is admitted to appear before this court *pro hac vice* on behalf of defendant, Johnson Controls, Inc..

**IT IS SO ORDERED.**

Signed: September 24, 2014

Graham C. Mullen
United States District Judge