**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| Pilgrim's Pride Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>Johnson Controls, Inc.,<br><br>     Defendant. | Civil Action No. 3:14-cv-00502-GCM |

## ORDER REGARDING JOHNSON CONTROLS' MOTION TO COMPEL PLAINTIFF'S INITIAL DISCLOSURE DOCUMENTS AND DISCOVERY RESPONSES

Defendant Johnson Controls, Inc. ("JCI") brought a motion to compel the production of Plaintiff's Rule 26(a) documents and responses to JCI's discovery requests pursuant to Federal Rule of Civil Procedure 37 (Doc. No. 14). Specifically, JCI seeks an Order that requires Plaintiff (1) to produce its Rule 26(a) documents to JCI without delay; and (2) to answer several discovery requests to the full extent required by the Federal Rules of Civil Procedure. To date, Plaintiff has failed to respond to Defendant's motion, and the time in which to do so has passed.

**THEREFORE,** after considering the motion, memoranda of law, affidavits, supporting exhibits, and all the files and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1.    Plaintiff shall deliver to JCI the documents identified in its Rule 26(a) initial disclosure within 5 business days of the date of this Order.

2.    Plaintiff shall amend its Responses to JCI's First Interrogatories and First Requests for Production to provide responses to the extent required by the Federal Rules of Civil Procedure. Specifically, in response to each discovery request:

a.    Plaintiff shall provide to JCI all responsive information that is reasonably in Plaintiff's possession, custody, or control;

b.    Plaintiff shall conduct a reasonable inquiry without delay, as required under Rule 26, and provide to JCI all responsive information that results from that inquiry; and

c.    If, after Plaintiff has conducted this inquiry, responsive information remains to be provided, Plaintiff shall provide to JCI a reasonable level of detail about why the responsive information is not disclosed or produced at this time.

**SO ORDERED.**

Signed: February 19, 2015

Graham C. Mullen
United States District Judge