IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Pilgrim's Pride Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>Johnson Controls, Inc.,<br><br>     Defendant. | Civil Action No. 3:14-cv-00502-GCM |

## ORDER PRO HAC VICE – CHRISTINA L. PAWLOWSKI

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* for Christina L. Pawlowski**,** filed April 21, 2015, doc. #20.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83 Christina L. Pawlowski is admitted to appear before this court *pro hac vice* on behalf of Plaintiff.

**IT IS SO ORDERED.**

Signed: April 22, 2015

Graham C. Mullen
United States District Judge