# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Pilgrim's Pride Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>Johnson Controls, Inc.,<br><br>  Defendant. | Civil Action No. 3:14-cv-00502-GCM |

## ORDER SETTING DISCOVERY CONFERENCE

**THIS MATTER** is before the Court *sua sponte*, and in consideration of Defendant's letter requesting a discovery conference, dated June 10, 2015. The Court will conduct a discovery conference in this matter on Tuesday, June 23, 2015 at 2 p.m. in Courtroom 2-2, Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina 28202. Counsel who wish to attend the conference but who are unable to appear in person will be permitted to call in to the conference. The Court will send, via electronic mail, information regarding calling in to counsel of record prior to the conference.

**SO ORDERED.**

Signed: June 16, 2015

*[signature]*

Graham C. Mullen
United States District Judge