IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-502-GCM

| | | |
|---|---|---|
| **PILGRIM'S PRIDE CORPORATION,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOHNSON CONTROLS, INC.,** | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Geoffrey D. Farnham,** filed October 26, 2015 [doc. # 33].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Farnham is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Pilgrim's Pride.

**IT IS SO ORDERED.**

Signed: November 3, 2015

Graham C. Mullen
United States District Judge