**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00502-GCM**

| | |
|---|---|
| PILGRIM'S PRIDE CORPORATION, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHNSON CONTROLS, INC., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Strike Defendant's January 5, 2016 letter to the Court (Doc. No. 39). Plaintiff's Motion is **DENIED**. The Court further reminds the parties of its earlier instruction that they attempt to resolve discovery disputes b themselves and to notify the Court of any problems by letter, rather than by filing repeated discovery motions.

The Court further orders Plaintiff to turn over the information that Defendant has requested—namely the "To/From/CC/BCC/Date" information from the emails collected using the agreed upon search terms. It appears to the Court that the requested information is unlikely to contain privileged information and that it can be produced without undue burden on Plaintiff. Moreover, should Plaintiff later determine that there has been an inadvertent disclosure of privileged information, the Court can address the issue at that time.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Strike is **DENIED**. Plaintiff is also ordered to produce within 14 days the "To/From/CC/BCC/Date" information from the emails collected during discovery.

**SO ORDERED.**

Signed: January 14, 2016

*Graham C. Mullen*

Graham C. Mullen
United States District Judge