# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| PILGRIM'S PRIDE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Defendant. | Civil Action No. 3:14-cv-00502-GCM<br><br><br>**STIPULATED ORDER<br>ADJOURNING TRIAL DATE** |

WHEREAS the Parties to this action have reached a settlement agreement in this matter and the settlement documents are in the process of being completed; and

WHEREAS the Parties have shown good cause for this Court to direct the entry of a Stipulated Order in this Matter,

IT IS HEREBY ORDERED that:

Trial is hereby adjourned thirty (30) days to allow the Parties to complete settlement procedures.

**SO ORDERED.**

Signed: September 1, 2016

_Graham C. Mullen_

Graham C. Mullen
United States District Judge

*Stipulated and consented to by:*

| | |
|---|---|
| /s/ Larry W. Jenkins, Jr. | /s/ Timothy J. Mattson (With Consent) |
| Larry W. Jenkins, Jr. (*Pro hac vice*) | Timothy J. Mattson (*Pro hac vice*) |
| Charles R. Tuffley (*Pro hac vice*) | BOWMAN AND BROOKE, LLP |
| Geoffrey D. Farnham (*Pro hac vice*) | 150 South Fifth Street, Suite 3000 |
| DENENBERG TUFFLEY, PLLC | Minneapolis, Minnesota 55402 |
| 28411 Northwestern Hwy, Suite 600 | Tel: 612-339-8682 |
| Southfield, MI 48034 | Fax: 612-672-3200 |
| Tel: 248-549-3900 | Timothy.Mattson@bowmanandbrooke.com |
| Fax: 248-593-5808 | |
| ctuffley@dt-law.com | |
| ljenkins@dt-law.com | |
| gfarnham@dt-law.com | |

T. David Higgins, Jr. (NC 19378)
COZEN O'CONNOR
301 South College Street, Suite 2100
Charlotte, NC 28202
Tel: 704-376-3400
Fax: 877-728-1390
E-mail: dhiggins@cozen.com

Patrick J. Cleary (NC 39584)
BOWMAN AND BROOKE LLP
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel: 803-726-7420
Fax: 803-726-7421
Patrick.Cleary@bowmanandbrooke.com

Fred W. DeVore, III (NC 10308)
438 Queens Road
Charlotte, NC 28207
Tel: 704-377-5242
Fax: 704-332-2825
fdevore@devact.com

Damon J. Brinson (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
2901 Via Fortuna, Suite 500
Austin, TX 78746
Tel: 512-844-3800
Fax: 512-874-3801
Damon.brinson@bowmanandbrooke.com

**Attorneys for Plaintiffs Certain Underwriters, et al**

**Attorneys for Defendant Johnson Controls, Inc.**